UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-24507-WCT

GUSTAVO MORENO, and others similarly situated,

**CONSENT CASE**

Plaintiff(s),

vs.

FERRETTI GROUP OF AMERICA, LLC,
formerly known as Allied Marine, LLC, et al,

Defendants,

_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Motion to be Excused from Trial Dates. **[DE71]**. Upon review of the Motion, the court file, and being otherwise duly advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the Motion **[DE71]** is **GRANTED**.

**PLEASE TAKE NOTICE** that the trial of this matter is hereby **RESCHEDULED** and shall take place before the undersigned on **Monday, October 22, 2012 at 9:30 a.m.** The pretrial conference shall go forward, as previously noticed, on **Thursday, September 13, 2012 at 2:00 p.m.** All other pretrial deadlines remain the same.

**DONE AND ORDERED** in Chambers at Miami, Florida on this _____ day of July 2012.

**WILLIAM C. TURNOFF**
**UNITED STATES MAGISTRATE JUDGE**

cc: Counsel of Record